

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-17-00826-CR

James **STRIBLIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR08935
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The State's second motion for extension of time is GRANTED. The State's brief is due on December 12, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court